IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CITIBANK, N.A., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AN CONSTRUCTION CO., INC., )<br>MR. CHAN W. AN, )<br>MS. SUZAN P. AN, )<br>    Defendants. ) | Civil Action No. 1:10cv411 |

## JUDGMENT ORDER

Upon consideration of the October 13, 2010 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the October 13, 2010 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendants An Construction Co., Inc. and Mr. Chan W. An, jointly and severally, in the total amount of $134,093.91, with interest to accrue as set forth in the Report and Recommendation.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order pursuant to Rule 58, Fed. R. Civ. P. The matter remains pending as to defendant Ms. Suzan P. An.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendants and to all counsel of record.

Alexandria, VA
October 28, 2010

/s/
T. S. Ellis, III
United States District Judge